**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
____Richmond____ **Division**

In re:  Stephen Paul Hickey

Case No.  22-31703-KLP

Chapter  13

Debtor(s)

## ORDER VACATING DISCHARGE OF DEBTOR(S)

A Discharge of Debtor(s) was entered on the docket on  September 20, 2022            .
The Court has determined that the discharge was entered inadvertently, due to administrative error; and it is, therefore,

**ORDERED,** that the Discharge of Debtor(s) is **VACATED,** without prejudice as to further proceedings.

Date:  Sep 21 2022

/s/ Keith L Phillips
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:  Sep 21 2022

[ver. 12/03]